# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LEE GRANT, II, : | |
|    Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-5607 |
| : | |
| CENTRAL INTELLIGENCE : | |
| AGENCY, *et al.*, : | |
|    Defendant. : | |

## ORDER

AND NOW, this 15th day of January, 2020, upon consideration of Plaintiff William Lee Grant, II's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            s/ J. Curtis Joyner

                                          **J. CURTIS JOYNER, J.**